AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Fred Bradley** | ) Case No: 4:01CR40021-001 |
| | ) USM No: 05938-010 |
| Date of Previous Judgment: April 15, 2002 | ) Matt Keil |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
   X  **DENIED.**   **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **months is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:      31                  Amended Offense Level:  _____
Criminal History Category:   VI                  Criminal History Category: _____
Previous Guideline Range:   188  to  235  months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is a Career Offender (U.S.S.G. § 4B1.1)

Except as provided above, all provisions of the judgment dated  04/15/02  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  1/30/09

Effective Date: _____
(if different from order date)

_Judge's signature_

Hon. Harry F. Barnes, U.S. District Judge
Printed name and title

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 3 0 2009
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK