Case 4:01-cr-40021-HFB   Document 36   Filed 03/08/12   Page 1 of 1 PageID #: 44

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 4:01CR40021-001 |
| Fred Bradley ) | |
| ) | USM No: 05938-010 |
| Date of Original Judgment: April 15, 2002 ) | |
| Date of Previous Amended Judgment: N/A ) | Craig L. Henry |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 8 2012

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated   April 15, 2002   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7 March 2012

_____
*Judge's signature*

HARRY F. BARNES  U.S. Dist Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*